UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

FILED
NOV 03 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

The United States,

-vs-

Daniel Alcantara

**Docket No.** 09-CR-0296 AWI

**COMES NOW** Lydia J. Serrano, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Daniel Alcantara, who was placed on bond by the Honorable Dennis L. Beck, sitting in the Court at Fresno, on the 29 day of July, 2009, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Theft of Personal Property (Five Counts)

**BOND CONDITIONS: Please see attached**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 7, 2009, in San Mateo Superior Court, Mr. Alcantara pled nolo contendere to two counts of felony intent to commit larceny, and was sentenced to three years supervised probation and 120 days jail. This is in violation of the condition the defendant not commit any offense in violation of federal, state or local law while on release in this case. Additionally, the defendant was arrested for the aforementioned offenses on September 27, 2009, by the Foster City Police Department in San Mateo County, Northern District of California, and he did not have permission of Pretrial Services to be outside of his restrict travel area of Stanislaus County.

**PRAYING THAT THE COURT WILL ORDER** a no bail bench warrant be issued for Mr. Alcantara's arrest.

**LAST KNOWN ADDRESS:** On file with Pretrial Services.

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 3, 2009.

Respectfully submitted,

LYDIA J. SERRANO
Pretrial Services Officer

**ORDER**

✓ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _No Bail_.
___ The Court hereby orders this ex parte motion and order be sealed.
___ The Court orders a summons be issued with an appearance date of _____
___ The Court hereby orders this matter placed on this court's calendar on _____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.
___ The Court orders no action be taken.

Considered and ordered this 3 day of Nov, 2009, and ordered filed and made a part of the records in the above case.

Sandra M. Snyder, U.S. Magistrate Judge

rev. 1/93

**ALCANTARA, Daniel**
Docket No. 09-CR-0296 AWI

## ADDITIONAL CONDITIONS OF RELEASE

1. You are released on your own recognizance.

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You are released to the third party custody of Esperanza Ballesteros Alcantara;

5. You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

6. Your travel is restricted to Stanislaus County, except for court-related travel to Fresno, unless otherwise approved in advance by the Pretrial Services Officer;

7. You shall refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. *However, medical marijuana, prescribed or not, may not be used;*

8. You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer;

9. You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

10. You shall submit to drug and/or alcohol testing as directed by teh Pretrial Services Officer;

11. You shall seek and/or maintain employment, and provide proof thereof to the Pretrial Services Officer upon request; and,

12. You shall not associate or have any contact with Lucy Vargas and Tomas Raya unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer.