Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Daniel ALCANTARA |
| **Docket Number:** | 1:09CR00296-02 |
| **Offender Address:** | Ceres, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 05/17/2010 |
| **Original Offense:** | 18 USC 661- Theft of Personal Property<br>(CLASS A MISDEMEANOR) |
| **Original Sentence:** | 36 months probation; $25 special assessment; $3,348.18 restitution |
| **Special Conditions:** | 1) Search; 2) Financial disclosure; 3) Financial restrictions; 4) Drug/Alcohol treatment; 5) Drug/Alcohol testing; 6) 90 days Community Corrections Center; 7) Aftercare co-payment |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 05/17/2010 |
| **Assistant U.S. Attorney:** | Kimberly A. Sanchez    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Karen Lynch    **Telephone:** (559) 478-4370<br>(Appointed) |
| **Other Court Action:** | |
| **07/12/2-10:** | Form 12A1 signed by Your Honor notifying the Court of the offender's illicit drug use. No court action taken. |

**RE:     Daniel ALCANTARA**
         **Docket Number:  1:09CR00296-02**
         **PETITION TO MODIFY THE CONDITIONS OR TERM**
         **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**11/17/2010:**           Probation Form 12A1, Report of Offender Non-Compliance, alleging use of marijuana.  The Court approves Probation Officer's plan and no action was taken.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> 8) The defendant shall participate in a residential drug treatment program for a period of up to 180 days, as directed by the probation officer.

**Justification:**   On October 19, 2010, November 23, 2010, December 3, 2010, December 7, 2010, December 14, 2010, December 27, 2010, January 6, 2011, January 13, 2011, January 17, 2011, January 20, 2011, and January 25, 2011, the offender submitted a urine sample which tested positive for marijuana.  The offender missed random drug testing on November 3, 2010, November 6, 2010, November 15, 2010, December 20, 2010, and January 21, 2011.  On November 19, 2010, January 11, 2011, January 18, 2011, and January 25, 2011, the offender failed to show for his scheduled counseling appointment with the drug treatment provider, Employee Assistance Program (EAP).  The offender has been very candid with the undersigned and has stated on multiple occasions that he struggles with his marijuana use.  The offender agrees that he would benefit from a drug treatment program to help him gain sobriety.  Since being placed on probation, with the exception of when he was serving his mandatory 90 day sentence at the community corrections center, all urine samples provided have tested positive for marijuana.  In addition, the offender missed his counseling appointments on November 19, 2010, January 11, 2011, January 18, 2011, and January 25, 2011.

The probation officer recommends a modification of the offender's conditions of probation to include participation in a residential drug treatment program.  The undersigned will continue to monitor his compliance and should the offender fail to abide by his conditions of probation, the Court will be notified of any violation conduct.

RE:     **Daniel ALCANTARA**
        **Docket Number:  1:09CR00296-02**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


                        Respectfully submitted,

                        /s/ Jack C. Roberson

                        **JACK C. ROBERSON**
                        **United States Probation Officer**
                        Telephone: (209) 574-9481

DATED:      February 2, 2011
            Modesto, California
            JCR/lr


**REVIEWED BY:**    /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )    Modification not approved at this time.  Probation Officer to contact Court.

(  )    Other:

cc:     United States Probation
        Kimberly A. Sanchez, Assistant United States Attorney
        Karen Lynch, Defense Counsel (Appointed)

IT IS SO ORDERED.

Dated:    February 3, 2011                                  _____
                                                            CHIEF UNITED STATES DISTRICT JUDGE