# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DANIEL ALCANTARA**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:09CR00296-002**<br><br>Karen Lynch<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge(s) 1,2,3,4,5,6 as alleged in the violation petition filed on July 8, 2011 .

[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  May 17, 2010 .

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| |
|---|
| 9/6/2011 |
| Date of Imposition of Sentence |
| |
| /S/ ANTHONY W. ISHII |
| Signature of Judicial Officer |
| |
| **ANTHONY W. ISHII**, United States District Judge |
| Name & Title of Judicial Officer |
| |
| 9/7/2011 |
| Date |

| | | |
|---|---|---|
| CASE NUMBER: | 1:09CR00296-002 | Judgment - Page 2 of 3 |
| DEFENDANT: | DANIEL ALCANTARA | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| One | Unlawful Use of Controlled Substance | June 16, 2011 |
| Two | Failure to Participate in Drug Testing and Counseling Appointments | June 13, 29011 |
| Three | Failure to Report and Follow the Instructions of the Probation Officer | June 9, 2011 |
| Four | New Law Violation | June 25, 2011 |
| Five | Failure to Notify of Law Enforcement Contact | June 25, 2011 |
| Six | Irregular Submission of Monthly Reports | May 2011 |

| | |
|---|---|
| CASE NUMBER: 1:09CR00296-002 | Judgment - Page 3 of 3 |
| DEFENDANT: DANIEL ALCANTARA | |

# IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  8 months .

[✔]     The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.
      If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

 

      Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

 

                                                            UNITED STATES MARSHAL

                                                         By _____
                                                                      Deputy U.S. Marshal